# Court of Appeals
# of the State of Georgia

ATLANTA, December 09, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0737. SPRATT HOWARD v. THE STATE.

In 1996, Spratt Howard was convicted of armed robbery, and his conviction was affirmed on appeal. See *Howard v. State*, 233 Ga. App. 724 (505 SE2d 768) (1998). Howard subsequently filed multiple pro se motions attacking the validity of his conviction, his sentence, the fairness of his treatment, and the integrity of the judge. The trial court denied the motions by order entered September 9, 2019, and Howard filed a notice of appeal on October 14, 2019. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Howard's notice of appeal, which was filed 35 days after entry of the trial court's order, is untimely. We thus lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/09/2019

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*